UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

LUIS MERCEDES, on behalf of himself and all others similarly situated,

                            Plaintiff,

   -v.-

HELLY HANSEN (U.S.), INC.,

                            Defendants.

---------------------------------------------------------------------------x

Civil Action No: 1:23-cv-7719

SO ORDERED.

*[signature]*

March 19, 2024

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 18, 2024

| For Plaintiff Luis Mercedes | For Defendant Helly Hansen (U.S.), Inc. |
|---|---|
| *[signature]* <br> _____ <br> PeterPaul Shaker <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> pshaker@steinsakslegal.com | *[signature]* <br> _____ <br> Rebecca A. Stark <br> Dentons US LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Ph: (212) 398-7614 <br> Rebecca.stark@dentons.com |

## CERTIFICATE OF SERVICE

I certify that on March 18, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ PeterPaul Shaker*

PeterPaul Shaker
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*